1
2
3
4
5
6
7

8
9
10
11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

12
13
14
15
16
17

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE ANTONIO MACHUCA (1), and
MARTIN JAVIER HERNANDEZ (2),

Defendants.

CASE NO.:   21-cr-01076-JLS-1

**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING; AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

18
19
20
21
22
23
24
25
26
27
28

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in this matter currently scheduled for May 14, 2021 at 1:30 p.m., be rescheduled to June 25, 2021 at 1:30 p.m.

Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  May 5, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge