# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO MACHUCA (1),<br>MARTIN JAVIER HERNANDEZ (2),<br><br>Defendants. | CASE NO.: 21-cr-01076-JLS-1<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING; AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

Pursuant to joint motion **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently scheduled for June 25, 2021 at 1:30 p.m., be continued to August 6, 2021 at 1:30 p.m.

Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated: June 8, 2021

Hon. Janis L. Sammartino
United States District Judge