UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO MACHUCA,<br><br>Defendant. | CASE NO.:   21-cr-01076-JLS-1<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING; AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Mr. Machuca's Motion Hearing/Trial Setting currently scheduled for August 6, 2021 at 1:30 p.m. be rescheduled to September 17, 2021 at 1:30 p.m.

The court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED.**

Dated:  August 3, 2021

Hon. Janis L. Sammartino
United States District Judge