UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE ANTONIO MACHUCA (1);<br>MARTIN JAVIER HERNANDEZ (2)<br><br>　　　　Defendants. | Case No.: 21-CR-1076-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME |

**IT IS HEREBY ORDERED** that the joint motion to continue be granted and the motion hearing/trial setting in this matter now scheduled for November 19, 2021, be continued until January 14, 2022, at 1:30 p.m.

**IT IS FURTHER ORDERED** that time is excluded under 18 U.S.C. § 3161(h) for the reasons set forth in the joint motion.

**IT IS SO ORDERED**.

Dated: November 12, 2021

　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge