# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ANTONIO MACHUCA (1),<br>MARTIN JAVIER HERNANDEZ (2),<br><br>　　　　　Defendants. | Case No. 21CR01076-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCINGS**<br><br>The Honorable Janis L. Sammartino |

　　Good cause appearing, IT IS HEREBY ORDERED that the Sentencing Hearings for both defendants in the above-captioned case be continued from May 20, 2022 to **July 15, 2022 at 9:00 AM.**

　　IT IS SO ORDERED.

Dated: May 2, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge