# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO MACHUCA (1),<br>MARTIN JAVIER HERNANDEZ (2),<br><br>Defendant. | CASE NO.:  21-CR-1076-JLS<br><br>ORDER CONTINUING SENTENCING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the sentencing currently scheduled for July 15, 2022, be continued to, September 23, 2022, at 9:00 a.m.

**SO ORDERED.**

Dated: July 11, 2022

Hon. Janis L. Sammartino
United States District Judge